**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **ADAM DELGADO** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 23-cv-0089 (APM) |
| ) | |
| **U.S. DEPARTMENT OF JUSTICE,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons set forth in the court's Memorandum Opinion, ECF No. 28, the court denies Plaintiff's Motion for Summary Judgment, ECF No. 15, grants Defendants' Cross-Motion for Summary Judgment, ECF No. 21, and enters judgment in favor of Defendants.

This is a final, appealable order.

Dated: March 11, 2024

Amit P. Mehta
United States District Court Judge